Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

John R Noonan
15346 Pinto St
Homer Glen, IL 60491
SSN: xxx–xx–5172 EIN: N.A.

Margaret L Noonan
15346 Pinto St
Homer Glen, IL 60491
SSN: xxx–xx–9615 EIN: N.A.

Case No. : 12–00905
Chapter : 7
Judge :   Bruce W. Black

---

Debtor's Attorney:
Bernard P. Mulvaney Sr.
Bernard P. Mulvaney Sr., Ltd.
7000 W. 127th St.
Palos Heights, IL 60463

708 671–2000

Trustee:
Joji Takada
Takada Law Office, LLC
6336 North Cicero Avenue
Suite 201
Chicago, IL 60646

773 790 4888

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on **January 12, 2012** .

1. **May 10, 2012** is fixed as the last day for the filing of claims by creditors other than governmental units.

2. **May 10, 2012** is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: February 9, 2012

Kenneth S. Gardner , Clerk
United States Bankruptcy Court